IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02956-CMA-MEH

BRUCE EDWARD SVOBODA, and
ALICE ELIZABETH WATSON,

    Plaintiffs,

v.

WELD COUNTY SHERIFF'S OFFICE (WCSO),
SHERIFF JOHN COOKE,
GENE ERNEST FISCHER, and
JOHN/JANE DOES 1 - X, a series of fictitious names,

    Defendants.

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

This matter is before the Court on an Order to Show Cause issued by United States Magistrate Judge Michael E. Hegarty on June 21, 2010.[1] (Doc. # 7.) Magistrate Judge Hegarty issued the Order to Show Cause after counsel for Plaintiffs failed to appear at a Scheduling Conference on March 9, 2010, respond to the Court's phone call during the Conference, complete service on Defendants, and file any documents in this matter, beyond a complaint. (*See* Courtroom Minutes/Minute Order, Doc. # 6; *see also* Doc. # 7.)

---

[1] On December 23, 2009, this matter was referred to Magistrate Judge Hegarty to handle all non-dispositive motions and proceedings, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b). (Doc. # 2.)

In pertinent part, the Order to Show Cause directed Plaintiffs to "show cause, in writing and filed with the Court, as to why their Complaint should not be dismissed for lack of proper service on Defendants" "on or before June 28, 2010." (Doc. # 7 at 2.) Plaintiffs have failed to respond to this Order.

Upon review of the above-referenced case, the Court ORDERS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

DATED: June  30 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge